# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

PROPERTIES OF THE VILLAGES,
INC., a Florida Corporation

    Plaintiff,

v.                                         Case No: 5:19-cv-647-Oc-30PRL

JASON KRANZ, CHRISTOPHER DAY,
ANGELA KRANZ, CYNTHIA
HUGHES, NANETTE ELLIOTT, JAN
HICKERSON and ANGIE TAYLOR,

    Defendants.

## ORDER

On February 24, 2020, the Court conducted a telephonic hearing regarding the parties' joint motion for adjournment of hearing on motion for preliminary injunction. (Doc. 28). At the hearing, the parties agreed to terminate the motion for preliminary injunction (Doc. 23) so that additional discovery can be conducted.

Accordingly, Plaintiff's motion for preliminary injunction (Doc. 23) is terminated without prejudice. If Plaintiff intends to refile the motion for preliminary injunction it should do so in early April with a hearing to be held in early May.

**DONE** and **ORDERED** in Ocala, Florida on February 24, 2020.

PHILIP R. LAMMENS
United States Magistrate Judge

c: Counsel of Record
Unrepresented Parties