UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PROPERTIES OF THE VILLAGES, INC.,

    Plaintiff,

v.                                                  Case No: 5:19-cv-647-Oc-30PRL

JASON KRANZ, CHRISTOPHER DAY,
ANGELA KRANZ, CYNTHIA
HUGHES, NANETTE ELLIOTT, ANGIE
TAYLOR, KELLY SHIPES and KD
PREMIER REALTY, LLC,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 120). The Court notes that the parties did not file written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 120) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendants' Motion for Sanctions (Dkt. 107) is denied.

3. Defendants' Motion for Partial Summary Judgment (Dkt. 101) is denied.

4. Plaintiff's Motion for Partial Summary Judgment (Dkt. 100) is granted in part as to Defendants' third and fifth affirmative defenses, denied in part as to Defendants' tenth affirmative defenses, and denied as moot as to Defendants' affirmative defenses 1, 6-9 and 13.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of February, 2021.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record